In the Matter of the Petition of THOMAS F. GILROY, as Commissioner of Public Works of the City of New York, for the Appointment of Commissioners of Appraisal.

DEAN NELSON et al., Appellants; HENRY C. NELSON, Respondent.

*Matter of Gilroy*, 128 App. Div. 897, affirmed.
(Argued January 7, 1909; decided January 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 27, 1908, which affirmed an order of Special Term directing the distribution of an award made in condemnation proceedings.

*Lewis E. Carr* and *Burton C. Meighan* for appellants.

*Smith Lent* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: WILLARD BARTLETT, J.